**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CIENA CAPITAL FUNDING, LLC,** formerly known as **BLX CAPITAL, LCC,** a Delaware limited liability corporation,<br><br>    **Plaintiff**,<br><br>    v.<br><br>**DJR PROPERTIES, INC. dba SUPER 8 MARIPOSA**, a California Corporation, **UNITED STATE SMALL BUSINESS ADMINISTRATION**, a government agency, *et al.*,<br><br>    **Defendant**s | CV F CV 09-1239 AWI SMS<br><br>**ORDER ON STIPULATION TO WITHDRAW RECEIVERSHIP APPLICATION WITHOUT PREJUDICE**<br><br><br><br>Documents #5 & #36 |

In this action for judicial foreclosure, appointment of receiver and declaratory and injunctive relief by plaintiff Ciena Capital Funding, LLC (hereinafter, "Ciena") against defendants DJR Properties, Inc. et al., the parties have filed a notice of tentative settlement, Doc. # 31, and a stipulation to withdraw the receivership application, Doc. # 5, without prejudice. Document # 5 is Plaintiff's *ex parte* application for (1) appointment of receiver, (2) issuance of temporary restraining order in aid of receiver, and (3) issuance of an order to show cause why a permanent receiver should not be appointed and permanent injunctive orders should not issue.

Based on the stipulation of the parties and good cause appearing therefore, the court hereby GRANTS the parties' stipulated request to withdraw Plaintiff's *ex parte* application

set forth at Document # 5 of the court's docket report in this matter. Such withdrawal is without prejudice.

IT IS SO ORDERED.

Dated:   **September 29, 2009**               /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

2