| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | TODD A. PICKLES |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile:  (916) 554-2900 |
| 5 | todd.pickles@usdoj.gov |
| 6 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | CIENA CAPITAL FUNDING LLC, formerly known as BLX CAPITAL, LCC, a Delaware foreign limited liability company, | CASE NO. 1:09-CV-01239-AWI-SMS |
| 12 | | **STIPULATION AND ORDER PERMITTING THE UNITED STATES OF AMERICA TO FILE ITS AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND CROSSCLAIMS** |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | DJR PROPERTIES, INC. dba SUPER 8 - MARIPOSA, a California corporation; U.S. SMALL BUSINESS ADMINISTRATION, a government agency; CIT SMALL BUSINESS LENDING CORP., a Delaware Corporation, SINGH CORPORATION, INC. a dissolved California corporation; NEIL ADVANI, an individual; SURAJ P. PURI, an individual; KAWALJIT SINGH, an individual; HARINDER KAUR, an individual; MARIPOSA PUBLIC UTILITY DISTRICT, a public utility district; TAX COLLECTOR OF MARIPOSA COUNTY, a government entity, and DOES 1 - 100, Inclusive, | **[Fed.R.Civ.P. 15]** |
| 23 | Defendants. | |

Stip. & Order Permitting USA to File its Am. Answer
to Plaintiff's First Am. Complaint & Crossclaims

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Ciena Capital Funding, LLC, formerly known as BLX Capital, LLC ("Ciena"), and Defendants the United States of America, on behalf of the Small Business Administration ("SBA"), DJR Properties, Inc. dba Super 8-Mariposa ("DJR"), CIT Small Business Lending Corp., and the Mariposa Public Utility District, hereby enter into the following stipulation.

## RECITALS

1. Ciena has filed a First Amended Complaint for Judicial Foreclosure of Real Property; Judicial Foreclosure of Security Interest; Declaratory Relief; Appointment of Receiver; and Injunction in Aid of Receiver ("Complaint") against the Defendants relating to DJR's purchase of real estate and fixtures located at 5059 Highway 140, Mariposa, California.

2. On July 30, 2009, the United States of America, on behalf of the SBA, answered the Complaint.

3. The United States intends to file an amended answer under Rule 15(a)(2) of the Federal Rules of Civil Procedure in order to assert crossclaims against DJR and other cross-defendants under Rule 13(g)-(h) and Rules 18 through 20 of the Federal Rules of Civil Procedure in order to protect the SBA's interests in the real property that is subject to Ciena's Complaint and to assert derivative contract claims relating the real property.

4. It is in the interests of judicial economy to permit the United States leave of Court to file an amended answer and crossclaims.

## STIPULATION

Based on the foregoing recitals, the parties hereby stipulate that:

1. The United States of America, on behalf of the SBA, shall file its Amended Answer and Crossclaims, a true and correct copy of which is attached hereto as Exhibit A.

2. Any party or cross-defendant has the right to file a pleading or properly noticed motion under the Federal Rules of Civil Procedure in response to the Amended Answer and Crossclaims.

1  **IT IS SO STIPULATED.**

2                                               BENJAMIN B. WAGNER
                                                United States Attorney
3

4  Dated: November 3, 2009              /s/ Todd A. Pickles
                                         By: TODD A. PICKLES
5                                           Assistant United States Attorney

6                                           Attorneys for the United States of America

7

8  Dated: November 9, 2009              SNELL & WILMER L.L.P.

9                                       By: /s/ Eric S. Pezold
                                            ERIC S. PEZOLD
10                                          JASMIN YANG

11                                          Attorneys for Plaintiff Ciena Capital Funding, LLC,
                                            formerly known as BLX Capital, LLC
12

13
   Dated: November 5, 2009              GUTTENBERG, RAPSON & COLVIN LLP
14
                                        By: /s/ David J. Rapson
15                                          DAVID J. RAPSON

16                                          Attorneys for CIT Small Business Lending Corp.

17

18 Dated: November 9, 2009              JOHN N. KITTA & ASSOCIATES

19                                      By: /s/ John N. Kitta
                                            JOHN N. KITTA
20
                                            Attorneys for DJR Properties, Inc.
21

22
   Dated: November 3, 2009              COSTANZO & ASSOCIATES
23
                                        By: /s/ Neal Constanzo
24                                          NEAL COSTANZO

25                                          Attorneys for Mariposa Public Utility District

26

27

28

Stip. & Order Permitting USA to File its Am. Answer
to Plaintiff's First Am. Complaint & Crossclaims        2

**ORDER**

This matter came before the Court on the parties' Stipulation Permitting the United States of America to File is Amended Answer and Crossclaims. For the reasons stated in the Stipulation, and for good cause showing, the Court adopts the Stipulation.

Accordingly, IT IS HEREBY ORDERED THAT, the United States of America is granted leave to file its Amended Answer and Crossclaims pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED THAT the United States of America is Ordered to file the Amended Answer and Crossclaims within five (5) court days from service of this Order.

**IT IS SO ORDERED.**

**Dated:**     **November 10, 2009**         /s/ Sandra M. Snyder
                                                      **UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on **November 9, 2009**, she served a copy of:

**STIPULATION AND [PROPOSED] ORDER PERMITTING THE UNITED STATES OF AMERICA TO FILE ITS AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND CROSSCLAIMS**

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

**Addressee(s):**

Attorney for Defendant DJR Properties:
John Kitta, Esq.
39560 Stevenson Place, Suite 217
Fremont, CA 94539

CIT Small Business Lending Group
C/O CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attorney for Defendant Singh Corporation Inc.:
Rajan Kumar, Esq.
560 South Winchester Blvd.
Fifth Floor
San Jose, CA 95128

Neil Advani
1772 Los Arboles #J119
Thousand Oaks, CA 91362

Suraj P. Puri
43734 Cameron Hills Drive
Fremont, CA 94539

Kawaljit Singh
1021 Montclair Court
Livermore, CA 94550

Stip. & Order Permitting USA to File its Am. Answer
to Plaintiff's First Am. Complaint & Crossclaims          4

1  Harinder Kaur
   1021 Montclair Court
2  Livermore, CA 94550

3  Mariposa Public Utility Dist.
   Attn: Gayle Parker
4  4992 Seventh St.
   Mariposa, CA 95338
5
   Tax Collector of Mariposa county
6  Keith M. Williams, Treasurer
   4982 Tenth St.
7  Mariposa, CA 95338

8

9                              */s/ Karen James*
                               KAREN JAMES
                               Legal Assistant
10                             United States Attorney's Office

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. & Order Permitting USA to File its Am. Answer
to Plaintiff's First Am. Complaint & Crossclaims        5