IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DJR PROPERTIES, INC. dba SUPER 8 ) <br> MARIPOSA, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) <br> ) <br> and RELATED CROSS CLAIMS ) <br> _____ ) | 1:09-CV-1239 AWI SMS <br> <br> ORDER MOVING HEARING <br> TO JANUARY 18, 2010 |

Currently pending before this Court are three motions for summary judgment. These motions are set for hearing on December 20, 2010, at 1:30 p.m. The court has reviewed the moving papers and has determined that it is necessary to move the hearing on these matters.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 20, 2010, is VACATED, and the hearing on the pending motions for summary judgment is RESET to January 18, 2011, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated: December 16, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE