IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HSBC BANK USA, | ) | 1:09-CV-01239 AWI SKO |
| | ) | |
| Plaintiff, | ) | ORDER VACATING |
| | ) | JANUARY 18, 2011 HEARING |
| v. | ) | DATE AND TAKING MATTER |
| | ) | UNDER SUBMISSION |
| DJR Properties, INC. dba SUPER 8 MARIPOSA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Currently pending before this Court are three motions for summary judgment. These motions are set for hearing on January 18, 2011, at 1:30 p.m. in Courtroom No. 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 18, 2011, is VACATED, and the parties shall not appear at that time. As of January 18, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 12, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE