BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
todd.pickles@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIENA CAPITAL FUNDING LLC, formerly known as BLX CAPITAL, LCC, a Delaware foreign limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>DJR PROPERTIES, INC., dba SUPER 8-MARIPOSA, a California corporation; UNITED STATES SMALL BUSINESS ADMINISTRATION, a government agency, *et al*.<br><br>    Defendants. | CASE NO. 1:09-CV-01239-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL & ORDER OF CROSS-DEFENDANTS GURVINDER AUJLA, GURDIAL SINGH, AND FAIRWAY BODY SHOP & SALES WITHOUT PREJUDICE**<br><br>[Fed.R.Civ.P. 41(a)(1)(A)] |
| UNITED STATES OF AMERICA,<br><br>    Cross-Plaintiff,<br><br>v.<br><br>DJR PROPERTIES, INC., dba SUPER 8-MARIPOSA, a California corporation; RAJENDRA K. AHUJA, JAGDEEP SINGH; GURVINDER AUJLA; GURDIAL SINGH; FAIRWAY BODY SHOP & SALES, a California Corporation; DARSHAN SINGH;<br><br>    Cross-Defendants. | |

Notice of Voluntary Dismissal

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, cross-plaintiff the United States of America hereby voluntarily dismisses its claims against cross-defendants Gurvinder Aujla, Gurdial Singh, and Fairway Body Shop & Sales. These parties have not previously appeared in this action or answered the United States's cross-complaint. Pursuant to Rule 41(a)(1)(B), such dismissal is without prejudice.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: February 1, 2011

By: */s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Attorneys for the United States of America

**ORDER**

IT IS SO ORDERED.

Dated:   February 4, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE