Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

Eric S. Pezold (# 255657)
epezold@swlaw.com
Jasmin Yang (#255254)
jyang@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone:   (714) 427-7000
Facsimile:   (714) 427-7799

Attorneys for Plaintiff HSBC Bank, USA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HSBC BANK, USA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DJR PROPERTIES, INC. dba SUPER 8 – MARIPOSA, ET AL.,<br><br>　　　　　Defendants. | Case No.   1:09-CV-01239-AWI-SKO<br><br>Assigned to: Hon. Anthony W. Ishii<br>Courtroom 2<br><br>Magistrate: Sheila K. Oberto<br><br>Unlimited Civil<br><br>**ORDER APPROVING STIPULATION TO DISMISS FOURTH AND FIFTH CLAIMS FOR RELIEF AND TO DISMISS UNITED STATES SMALL BUSINESS ADMINISTRATION FROM ACTION**<br><br>Complaint Filed:   June 17, 2009<br>Trial Date:   November 2, 2010 |

The Court, having reviewed the Stipulation to Dismiss Fourth and Fifth Claims for Relief and to Dismiss United States Small Business Administration from Action (the "Stipulation") entered into HSBC Bank, USA ("Plaintiff") and Defendants DJR Properties, Inc. dba Super 8-Mariposa ("DJR") and the United States Small Business Administration (the "SBA") (Plaintiff, DJR, and the SBA are hereinafter collectively referred to as the "Parties"), and good cause appearing therefore,

///

41287.0094\YANGJ\SWDMS\12573949

HEREBY ORDERS AS FOLLOWS:

1. The fourth claim for relief and fifth claim for relief of the Complaint (as defined in the Stipulation) are dismissed from the Action.

2. The SBA is dismissed from the Action.

IT IS SO ORDERED.

Dated: February 12, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE