Eric S. Pezold (# 255657)
epezold@swlaw.com
Jasmin Yang (#255254)
jyang@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Plaintiff HSBC Bank USA, as Indenture Trustee for the benefit of the Noteholders and Certificateholders of Business Loan Express Business Loan Trust 2005-A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HSBC Bank USA, as Indenture Trustee for the benefit of the Noteholders and Certificateholders of Business Loan Express Business Loan Trust 2005-A,<br><br>Plaintiff,<br><br>vs.<br><br>DJR PROPERTIES, INC. dba SUPER 8 – MARIPOSA, ET AL.,<br><br>Defendants. | Case No.  1:09-CV-01239-AWI-SKO<br><br>Assigned to: Hon. Anthony W. Ishii Courtroom 2<br><br>Magistrate: Sheila K. Oberto<br><br>Unlimited Civil<br><br>**ORDER APPROVING STIPULATION TO DISMISS FIRST AND SECOND CLAIMS FOR RELIEF AGAINST DJR PROPERTIES, INC. DBA SUPER 8-MARIPOSA WITHOUT PREJUDICE**<br><br>Complaint Filed:  June 17, 2009 |

The Court, having reviewed the *Stipulation to Dismiss First and Second Claims for Relief Against DJR Properties, Inc. dba Super 8-Mariposa* (the "Stipulation") entered into by HSBC Bank USA, as Indenture Trustee for the benefit of the Noteholders and Certificateholders of Business Loan Express Business Loan Trust 2005-A ("Plaintiff") and Defendant DJR Properties, Inc. dba Super 8-Mariposa ("DJR"), and good cause appearing therefore,

12659205

HEREBY ORDERS AS FOLLOWS:

1. The first claim for relief and second claim for relief of the Complaint (as defined in the Stipulation) against DJR are dismissed without prejudice.
2. DJR shall bear its owns fees and costs in this case.
3. DJR is excused from any further involvement in this case.

IT IS SO ORDERED.

Dated:  March 7, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

12659205
- 2 -
ORDER APPROVING STIPULATION RE DISMISSAL OF FIRST AND SECOND CAUSES OF ACTION