IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA,                      ) | 1:09-CV-01239 AWI SKO |
|              ) | |
|          Plaintiff,            ) | ORDER VACATING MARCH |
|              ) | 15, 2011 TRIAL DATE |
|    v.                                     ) | |
|              ) | |
| DJR PROPERTIES, INC., dba SUPER 8 ) | |
| MARIPOSA, et al.,             ) | |
|              ) | |
|          Defendants.       ) | |
|              ) | |

    In this case, the Court currently has a trial date set for March 15, 2011, at 8:30 a.m. in Courtroom 2.  In light of Plaintiff's dismissal of certain claims against defendant DJR Properties, Inc., IT IS HEREBY ORDERED that the previously set trial date of March 15, 2011, is VACATED, and the parties shall not appear at that time.

IT IS SO ORDERED.

Dated:   March 8, 2011

                                                          CHIEF UNITED STATES DISTRICT JUDGE