IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, ) | 1:09-CV-01239 AWI SKO |
| ) | |
| Plaintiff, ) | ORDER VACATING APRIL 4, |
| ) | 2011 HEARING DATE AND |
| v. ) | TAKING MATTER UNDER |
| ) | SUBMISSION |
| DJR Properties, INC. dba SUPER 8 ) | |
| MARIPOSA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Currently pending before this Court is Mariposa Public Utility District's Motion for Award of Attorney's Fees and Costs. This motion is set for hearing on April 4, 2011, at 1:30 p.m. in Courtroom No. 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 4, 2011, is VACATED, and the parties shall not appear at that time. As of April 4, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 30, 2011

CHIEF UNITED STATES DISTRICT JUDGE