Eric S. Pezold (# 255657)
epezold@swlaw.coM
Jasmin Yang (#255254)
jyang@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689
Telephone:   (714) 427-7000
Facsimile:   (714) 427-7799

Attorneys for Plaintiff HSBC Bank, USA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HSBC BANK, USA,<br><br>             Plaintiff,<br><br>vs.<br><br>DJR PROPERTIES, INC. dba SUPER 8 – MARIPOSA, a California corporation, et al.,<br><br>             Defendants. | Case No.   1:09-CV-01239-AWI-SKO<br><br>Assigned to: Hon. Anthony W. Ishii<br>Courtroom 2<br><br>Magistrate: Sheila K. Oberto<br><br>Unlimited Civil<br><br>**ORDER TO DISMISS DEFENDANTS KAWALJIT SINGH AND HARINDER KAUR**<br><br>Complaint Filed:    June 17, 2009<br><br>Date:     June 6, 2011<br>Time:     1:30 p.m.<br>Dept.:    3 |

The Court, having reviewed the *Motion for Voluntary Dismissal of Claims Against Kawaljit Singh and Harinder Kaur* (the "Motion") by plaintiff HSBC Bank, USA, as Indenture Trustee for the benefit of the Noteholders and Certificateholders of Business Loan Express Business Loan Trust 2005-A ("Plaintiff") for the dismissal of defendants Kawaljit Singh ("Singh") and Harinder Kaur ("Kaur"), and good cause appearing therefore,

l8tGJ2pQ

HEREBY ORDERS AS FOLLOWS:

1. Singh and Kaur will be dismissed from the above-mentioned case.
2. Such dismissal shall be without prejudice
3. Singh and Kaur to bear their own costs and fees.

IT IS SO ORDERED.

Dated:   April 18, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

41287.0094\YANGJ\SWDMS\12588189

- 2 -

ORDER APPROVING DISMISSAL OF SINGH AND KAUR