IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>DJR PROPERTIES, INC. dba SUPER 8 )<br>MARIPOSA, et al., )<br> )<br> Defendants. )<br>_____ ) | 1:09-CV-01239 AWI SKO<br><br>ORDER VACATING JUNE 13,<br>2011 HEARING DATE |

 Currently pending before this Court are Plaintiff HSBC Bank USA ("HSBC") and Defendant/Cross-Claimant U.S. Small Business Administration's ("SBA")  motions for partial final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  These motions are set for hearing on June 13, 2011, at 1:30 p.m. in Courtroom No. 2.

 Although HSBC and SBA have each moved for *partial* final judgment, it appears to the Court that there are no claims or legal issues remaining.  If this is the case, the parties are directed to file a stipulated judgment that resolves the matter in its entirety.  If there are still remaining claims or legal issues, the parties are ordered to file a status report with the Court within fourteen (14) days of the filing of this order.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 13, 2011, is VACATED, and the parties shall not appear at that time.

IT IS SO ORDERED.

Dated: June 8, 2011

CHIEF UNITED STATES DISTRICT JUDGE